SCOTT ET UX. — PETITION IN ERROR.

In a criminal prosecution, where the evidence is not sufficient to hold the accused person to a trial before a court of competent jurisdiction, he is not liable to pay cost.

UPON complaint of a grand juror, Scott and his wife were brought before a justice of the peace, for perjury.— Upon inquiry into the ground of complaint, the justice did not find sufficient evidence of the fact to hold them to trial before a court of competent jurisdiction, but dismissed them, and sentenced them to the payment of cost; for which he issued execution against each.

To this decision of the justice, three exceptions were taken: —

1. That they having been found innocent of the crime, no cost could by law be taxed against them.

2. That the justice taxed ten shillings for written affidavits, improved in the examination of the cause before him; whereas, it being a criminal prosecution, they were inadmissible by law, and ought not, by any rule, to have been taxed.

3. That execution ought not, by law, to have issued against the wife separate from her husband, in a matter of a mere pecuniary nature.

On the ground of the first exception, the judgment was reversed.

By the whole COURT. The justice not having authority to try and determine the cause, had no authority to give judgment for the payment of cost; and in case, where the evidence is not sufficient to subject the person accused to trial, the law doth not subject him to the payment of cost.